NOLA ARNDT, Respondent, *v.* EDWIN J. ALTMAN et al., Copartners Doing Business under the Name of M. B. ALTMAN SONS, Appellants.

Argued January 19, 1943; decided March 4, 1943.

*Clarence J. Shearn* for appellants.

*Tobias A. Keppler* and *David C. Lewis* for respondent.

Judgments reversed and a new trial granted with costs to the appellant to abide the event on the ground that as matter of law there has been no judicial determination by the trial court. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.